Dialogue // Schools // About

**EAST ENGLISH VILLAGE**

# Seniors honor 'Ms. Janie'

By **Van'Naisa Cook**

March 14, 2019 | 10:00am EDT

East English Village is proud to have Janie Hubbard, affectionately called "Ms. Janie," as the senior advisor and much more.

Since 2012, Hubbard has been responsible for distributing school uniform shirts, running the concession stand during and after school, organizing senior activities including the homecoming dance, pinning ceremony, senior luncheon, athletic night, college and careers events, and hosting senior-parent meetings.



Janie Hubbard

Additionally, she serves as a liaison for community and school initiatives.

"I saw how hard Coach Oden and the ELA teachers were working to help students, so I wanted to help," Hubbard said.

Hubbard said she saw the opportunity to help students and she took it.

"Knowing that I helped somebody is the best part of my job," she said.

She is well known; staff and students appreciate all the hard work she does at the Ville.

"Don't cross the red line," Hubbard says, as students line up to get their school shirts.

She truly motivates students to dream big and urges them to make a difference.

She emails and texts students, constantly. Students are urged to read the online Senior Bulletin which makes her job easier.

One thing she said she struggles with when doing her job is dealing with combative people, who make her job difficult.

Hubbard is a very hard-working woman, who cares more about helping people than about getting a paycheck.

"It's easy to make a buck, it's a lot tougher to make a difference," one of her favorite quotes, which describes her perfectly.

She really makes a positive impact at EEVPA, and just think, she doesn't get "paid."

Although her job is stressful, she is compassionate about it.

Hubbard said she feels that no one can do everything, but everyone can do something; so, she's just doing her part.

Crain MSU Detroit High School Journalism © 2024

Powered by     Solutions by The State News.