


**12/20/2024**

**To whom it may concern,**
**This letter of submission is on behalf of Ms. Janevonne Hubbard. My name is Phil M. Sherman and I serve as the Wayne County School-Based Behavioral Health Supervisor for Family Medical Center(FMC). The division in which I oversee provides behavioral health services to 24 Detroit Public School Community District (DPSCD) locations. In addition to, there are 9 Health Hubs located at 9 different high schools within the district. These health hubs offer an array of services to families throughout the city of Detroit ranging from food assistance, housing, clothing and any other resources to help increase the well-being and strengthen the interdependence of those in need. Each health hub has a Site Navigator that orchestrates these processes as families are referred. As of August 7, 2024 Ms. Hubbard was hired by Family Medical Center as the Health Hub Navigator Supervisor. Previously Ms.Hubbard worked for the district as a Parent Outreach Coordinator(POC) for one of our current sites. Upon FMC acquiring this contract, Ms.Hubbard was highly recommended by district administrators. I personally interviewed Ms.Hubbard and was impressed with her leadership skills and her connection to the community.  This position comes with the responsibility of managing all 9 Site Navigators and tracking their daily task as they assist families who require our services. Ms. Hubbard takes on these responsibilities with compassion, diligence and in a structured solution-focused manner. Ms. Hubbard's genuine care and concern for her team and the families we serve is exemplified in how she approaches each day with empathy and an intensely positive attitude. Ms. Hubbard's presence and leadership as an employee at FMC has been supportive, engaging and uplifting for her team and the program itself. As her supervisor, Ms. Hubbard provides me with assurance that tasks will be completed and individuals in her path will be treated with dignity and respect. The thought of losing a valuable staff such as Ms. Hubbard would be an unimaginable blow to the program and the community. The team depends on Ms.Hubbard for daily leadership and guidance as they serve a forever growing less fortunate population. Ms.Hubbard has become a household name within various neighborhoods in the city. Ms.Hubbard has earned the title of a trusting advocate that spearheads and follow-up on initiatives designed to empower individuals and families.   I thank you for your time and please feel free to reach out to me via the contact information below.**

Phil M. Sherman, MSW
Behavior Health Supervisor
School-Based Programs Wayne County
Office: Durfee Innovative Society
2470 Collingwood Detroit, MI 48206
(734) 654-2169 Ext. 1622

8765 Lewis Avenue Temperance, MI 48182                    Phone (734) 847-3802 Fax (734) 847-3418





8765 Lewis Avenue Temperance, MI 48182          Phone (734) 847-3802 Fax (734) 847-3418